UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:20-cr-00466-AA |
| v. | |
| **RIGOBERTO MORFIN-PEDROZA,** | **INFORMATION** |
| Defendant. | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| | **Forfeiture Allegation** |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Conspiracy to Possess with Intent to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)**

On or about March 17, 2018, in the District of Oregon, defendant **RIGOBERTO MORFIN PEDROZA**, did knowingly combine, conspire, and confederate with others to distribute, and possess with intent to distribute, 500 grams or more of mixture or substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

///

///

Information                                                                 Page 1
                                                                Revised April 2018

## **FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant **RIGOBERTO MORFIN-PEDROZA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: September 25, 2020

                Respectfully submitted,

                BILLY J. WILLIAMS
                United States Attorney

                */s/ Joseph H. Huynh*
                JOSEPH H. HUYNH
                Assistant United States Attorney